# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 17-4506 DSF (FFM) | Date | February 16, 2018 |
|---|---|---|---|
| Title | VILLEGAS v. PLAZA WEST COVINA LP, etc., et al. | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE**

The Court is in receipt of plaintiff's motion to compel written discovery, filed February 14, 2018. (Docket No. 29.) Plaintiff asserts that defendant La Amapola, Inc. failed to respond to interrogatories and to requests for production propounded on December 4, 2017, despite a letter sent by mail and email January 30, 2018 demanding a response.

In light of plaintiff's showing, defendant La Amapola, Inc. is ORDERED TO SHOW CAUSE, in writing, on or before February 22, 2018, why its answer should not be stricken for failure to comply with its discovery obligations.

IT IS SO ORDERED.

|  | : |
|---|---|
| Initials of Preparer | JM |